## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JULIA JEAN SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )  CASE NO. CV 08-661-JPG-PMF |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** November 2, 2009

NANCY J. ROSENSTENGEL, Clerk of Court

By: s/Brenda K. Lowe, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **U. S. DISTRICT JUDGE**